JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.  **CV 22-6456-JFW(JEMx)**                                    Date: March 2, 2023

Title:         Latanya Williams -v- 6003 Mezz De, LLC, et al.

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER OF DISMISSAL

      In the Notice of Settlement filed on March 2, 2023, Docket No. 18, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before April 3, 2023.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until April 3, 2023.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the Plaintiff's Motion for Default Judgment by Court [17] Filed 2/15/23.

are vacated.

      IT IS SO ORDERED.

Initials of Deputy Clerk   sr